IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LEE WILSON,

    Plaintiff,               No. CIV S-04-0478 GEB GGH P

    vs.

SCOTT KERNAN, Warden, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On April 29, 2005, plaintiff filed a motion to extend the discovery cut-off date by at least six months. Pursuant to the March 29, 2005, scheduling order, the discovery cut-off date is July 15, 2005. The basis of the request is that plaintiff has serious heart problems that may require additional surgery. Plaintiff also states that the law library can only accommodate 10-12 inmates and there are over 1400 inmates on the yard.

        Plaintiff does not allege that any heart surgery has actually been scheduled. Nor does plaintiff allege that a lack of law library access has actually hindered his ability to conduct discovery. Because plaintiff has not demonstrated that he is unable to conduct discovery, the motion to extend the discovery cut-off date is not well supported.

/////

/////

1

1  Accordingly, IT HEREBY ORDERED that plaintiff's April 29, 2005, motion to
2  extend the discovery cut-off date is denied.
3  DATED: 6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
wils478.ord