IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LEE WILSON,

     Plaintiff,                    No. CIV S-04-0478 GEB GGH P

     vs.

SCOTT KERNAN, et al.,

     Defendants.                ORDER

_____/

        Pending before the court is defendants' September 14, 2005, request for extension of time to file a summary judgment motion. Pursuant to the March 29, 2005, scheduling order, the pretrial motion cut-off date is September 16, 2005. Defendants request until October 17, 2005, to file their motion.

        The first ground of defendants' request is that a medical evaluation of plaintiff's medical records and an opinion as to whether plaintiff suffered any injury are required. Defendants' counsel states that he does not have such an evaluation and opinion at this time. However, defendants' counsel does not state why he was unable to obtain this information prior to the September 16, 2005, cut-off date. Accordingly, the court finds that this ground does not support defendants' request.

/////

1        The next ground for defendants' request is that defense counsel has been working on an appellate brief.  Counsel does not state when the appellate brief is due. Accordingly, the court finds that this ground is not well supported.  Counsel also states that he has recently prepared and filed numerous and other pleadings in this and other courts.  Because counsel does not describe these other pleadings, the court does not find that this ground is well supported.

       Finally, counsel states that he has been preparing for a trial which is set for September 27, 2005.  While trial preparation can be time consuming, the court does not find that this ground alone justifies granting defendants' request for extension of time.

       The court is sympathetic to defense counsel's large case load.  However, the court cannot grant requests for extension of time that are not well supported.  On June 10, 2005, the court denied plaintiff's request to extend the discovery cut-off date for precisely this reason. Accordingly, defendants' motion for extension of time is denied.  Because the motion cut-off deadline has passed, the court orders defendants' summary judgment due on or before October 7, 2005.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Defendants' September 14, 2005, request for extension of time is denied;

       2. Defendants' summary judgment motion is due or before October 7, 2005.

DATED:  9/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
wil478.eot(2)