IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LEE WILSON,

      Plaintiff,                              No. CIV S-04-478 GEB GGH P

    vs.

SCOTT KERNAN, et al.,

      Defendants.                  ORDER

_____/

        On October 28, 2005, plaintiff filed a request for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        On August 29, 2005, plaintiff filed a motion to compel. On September 20, 2005, defendant filed a response to this motion. Pursuant to the March 29, 2005, scheduling order, the discovery cut-off date was July 15, 2005. The motion to compel is denied as untimely.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's October 28, 2005, motion for appointment of counsel is denied;

3  2. Plaintiff's August 29, 2005, motion to compel is denied as untimely.

4  DATED: 11/7/05

6  /s/ Gregory G. Hollows

7  GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

8  GGH:mp
wils0478.35(2)

2