1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN LEE WILSON,

11           Plaintiff,                    No. CIV S-04-0478 GEB GGH P

12       vs.

13   SCOTT KERNAN, et al.,

14           Defendants.                   ORDER

15   _____/

16           Defendant's summary judgment motion is pending before the court.  Because it is

17   unlikely that this motion will be resolved before the pretrial conference and jury trial, these dates

18   are vacated.

19           Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for

20   January 6, 2006, and the jury trial set for March 7, 2006, before the Honorable Garland E. Burrell

21   are vacated; these dates will be re-set at a later date if appropriate.

22   DATED: 1/10/06

23

24                                         /s/ Gregory G. Hollows
                                           _____
25                                         GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE
26

1