IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LEE WILSON,

      Plaintiff,　　　　　　　　　No. CIV S-04-478 GEB GGH P

  vs.

SCOTT KERNAN, et al.,

      Defendants.　　　　　　　　ORDER

_____/

      On September 13, 2006, the court denied defendant's summary judgment motion. Accordingly, IT IS HEREBY ORDERED that:

      1. The pretrial conference is set for April 27, 2007; plaintiff's pretrial statement is due on or before April 6, 2007; defendants' pretrial statement is due on or before April 20, 2007;

      2. The jury trial is set for July 24, 2007, at 9:00 a.m. before the Honorable Garland E. Burrell.

DATED: 2/7/07

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

wil478.ord