1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN LEE WILSON,

11             Plaintiff,              No. CIV S-04-0478 GEB GGH P

12        vs.

13   SCOTT KERNAN, et al.,            ORDER AND

14             Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16             By order filed February 8, 2007, this court directed plaintiff to file a pretrial

17   statement on or before April 6, 2007.  Plaintiff has not responded to the court's order.  The court

18   will therefore recommend that this action be dismissed without prejudice.  See Fed. R. Civ. P.

19   16(f); Local Rule 11-110.

20             In accordance with the above, IT IS HEREBY ORDERED that:

21             1.  Defendants are relieved from filing a pretrial statement.

22             2.  The pretrial conference set for April 27, 2007, is vacated; the jury trial set for

23   July 24, 2007, before the Honorable Garland E. Burrell is vacated; and

24             IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  See Fed. R. Civ. P. 16(f); Local Rule 11-110.

26   /////

1

1    These findings and recommendations are submitted to the United States District

2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3  days after being served with these findings and recommendations, any party may file written

4  objections with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

6  shall be served and filed within ten days after service of the objections.  The parties are advised

7  that failure to file objections within the specified time may waive the right to appeal the District

8  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9  DATED: 4/27/07

                                              /s/ Gregory G. Hollows

10                                           _____

11                                           UNITED STATES MAGISTRATE JUDGE

12  wil478.fpt

13

14

15

16

17

18

19

20

21

22

23

24

25

26