IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LEE WILSON,

     Plaintiff,            No. CIV S-04-0478 GEB GGH P

   vs.

SCOTT KERNAN, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  On May 16, 2007, defendants filed a statement of non-opposition to this request. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 5/22/07

                                       /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

wil478.dis